**Deborah M. MELTON, Plaintiff–Appellant,**

v.

**Donna E. SHALALA, Secretary, United States Department of Health and Human Services, Defendant–Appellee.**

No. 00–2093.

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 20, 2000.

Decided Jan. 8, 2001.

Deborah M. Melton, pro se. Lynne Ann Battaglia, United States Attorney, Allen F. Loucks, Office of the United States Attorney, Baltimore, MD, for appellee.

Before MICHAEL and DIANA GRIBBON MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Deborah M. Melton appeals the district court's order granting Appellee's motion for summary judgment in Melton's civil action in which she alleged claims of discrimination in her employment. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Melton v. Shalala,* No. CA–98–2598–MJG (D. Md. June 20, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*